Case Number **13–30750–lkg**

# UNITED STATES BANKRUPTCY COURT
Southern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/23/13. You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations.**

**Debtor(s) name(s) and address:**
Brian S Clifton

233 Center Drive
Caseyville, IL 62232

| **Case Number:** 13–30750–lkg | **SSN/ITIN:** xxx–xx–8179 |
|---|---|
| **Attorney for Debtor(s) (name and address):**<br>Karl J Wulff<br>Katz and Wulff<br>904 Vandalia Ave<br>Collinsville, IL 62234<br>**Telephone number:** (618) 345–6966 | **Bankruptcy Trustee (name and address):**<br>Donald M. Samson<br>Chapter 7 Trustee<br>226 W Main St<br>Suite 102<br>Belleville, IL 62220<br>**Telephone number:** (618) 235–2226 |

### Meeting of Creditors:
**Date:** June 21, 2013    **Time:** 09:30 AM
**Location:**
US Trustee 341 Meeting Rm, Ground Floor Federal Building, 650 Missouri Ave, East St. Louis, IL 62201

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the reverse side.*
The presumption of abuse does not arise.

### Deadlines
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts:**
8/20/13
**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Secured Creditors
Secured creditors claiming security interest in assets are hereby directed to forward to the trustee before said meeting a copy of their security agreement with copies of supporting documents; i.e., UCC, vehicle titles, mortgages, etc., indicating the balance owing.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br><br>Telephone number: 618–482–9400 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Donna N Beyersdorfer |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:30 PM | Date: 4/24/13 |

**SEVERE WEATHER OR HAZARDOUS ROAD CONDITIONS MAY NECESSITATE CANCELING SCHEDULED MEETINGS WHEN APPLICABLE, CONTACT THE TRUSTEE'S OFFICE AT (618) 235–2226 FOR STATUS OF MEETING.**

# **EXPLANATIONS**

| | |
|---|---|
| Debtor Instructions | DEBTOR IDENTIFICATION REQUIRED AT 341 MEETING.  All debtors must bring two forms of identification: 1) a government issued photo ID (e.g. driver's license, passport); and 2) proof of debtor's social security number.  A driver's license does NOT qualify as proof of social security number.   Failure to do so may result in dismissal of your case. |
| | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request of the trustee, through a telephone interpreter service.  These services may not be available at all §341 meeting rooms. |
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362.  Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. <br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor.  If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727 (a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form.  The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. In cases converting to Chapter 7, review Federal Rules of Bankruptcy Procedure 1019(2)(B) for further information regarding Objections to Exemptions. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor may rebut the presumption by showing special circumstances. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| | **Copies of the Bankruptcy Petition and Schedules are available from the Clerk, U.S. Bankruptcy Court at a cost of $0.50 per page.  Please send your request along with a pre–addressed postage paid envelope to the U.S. Bankruptcy Court at the address listed on the front side.** |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt.  If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code.  To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Creditor with a Foreign Address | Consult a lawyer familar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Case Information | Continuous updated case information can be obtained by calling the courts' Voice Case Information System (VCIS) at 1–866–222–8029. |

**–– Refer to Other Side for Important Deadlines and Notices ––**